IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEIL TRAILER**, d/b/a KALYN SIEBERT,<br><br>Plaintiff,<br><br>*v.*<br><br>**XL RISK CONSULTING, INC.,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 20-4120-KSM |

## ORDER

**AND NOW** this 26th day of March 2021, after considering Plaintiff's Motion for Entry of Default Judgment (Doc. No. 5), Plaintiff's supplemental memorandum (Doc. No. 9), and the arguments made by Plaintiff's counsel during oral argument on March 10, 2021, and the Clerk of Court having previously entered default against Defendant XL Risk Consulting, Inc. for failure to appear, it is **ORDERED** that the motion is **GRANTED** and **FINAL JUDGMENT** in the amount of **Ninety-Six Thousand One Hundred Forty-One Dollars and Eighty Cents ($96,141.80)** shall be entered against Defendant XL Risk Consulting, Inc. and in favor of Plaintiff Heil Trailer d/b/a Kalyn Siebert, subject to continued interest at 18 percent per annum.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.